UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN LABORERS' HEALTH CARE FUND, MICHIGAN LABORERS' VACATION FUND, MICHIGAN LABORERS' TRAINING FUND, MICHIGAN LABORERS' PENSION FUND, MICHIGAN LABORERS'-EMPLOYERS' COOPERATION AND EDUCATION TRUST FUND, and MICHIGAN LABORERS ANNUITY FUND,

          Plaintiffs,

Case No. 05-70850
Hon. John Feikens

v

SBG CONSTRUCTION, INC., a Michigan corporation, SBG DETROIT, a Michigan corporation, ANTONIO TULLIO, an individual, and DONATO TULLIO, an individual, jointly and severally,

          Defendants.

## CONSENT JUDGMENT

Pursuant to the parties' Stipulation, as shown by their signatures hereto, the Court enters this Consent Judgment in favor of Plaintiffs and against Defendant as follows:

IT IS ORDERED AND ADJUDGED that Plaintiffs Michigan Laborers' Health Care Fund, Michigan Laborers' Vacation Fund, Michigan Laborers' Pension Fund, Michigan Laborers' Training Fund, Michigan Laborers'-Employers' Cooperation and Education Trust Fund and Michigan Laborers' Annuity Fund shall recover from Defendants SBG Construction, Inc., SBG Detroit, Inc., Antonio Tullio and Donato Tullio, jointly and

severally, the sum of **Sixty-Two Thousand and Thirty-Seven Dollars and Ninety-Seven Cents ($62,037.97)** for delinquent benefit contributions and assessments for the period of September 2002 through September 2004.

                                                **s/John Feikens**
                                                John Feikens
                                                United States District Judge

Dated: April 20, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 20, 2006.

  s/Carol Cohron
Deputy Clerk

APPROVED AS TO FORM AND SUBSTANCE:

FOR PLAINTIFFS:                                  FOR DEFENDANTS:

*s/Michael J. Bommarito*                 *s/Richard Roble*

| | |
|---|---|
| Michael J. Bommarito (P36870) | Richard Roble (P51429) |
| MARTENS, ICE, KLASS, LEGGHIO & ISRAEL, P.C. | SULLIVAN, WARD, ASHER & PATTON, P.C. |
| 306 S. Washington Ave., Suite 600 | 25800 Northwestern Hwy., Ste. 1000 |
| Royal Oak, MI 48067 | Southfield, MI 48075 |
| (248) 398-5900 | (248) 746-0700 |
| Dated: 7/22/05 | Dated: 7/21/05 |